UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-05-323(04) |
| | § | |
| ESMERALDA M. RODRIGUEZ, | § § | |
| Defendant. | § | |

**OPINION AND ORDER OF DETENTION PENDING TRIAL**

  A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). There is a serious risk that the defendant will not appear for court as required. The evidence against the defendant is substantial. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant has significant ties to Mexico. Her father lives in Mexico, the father of her child lives in Mexico, her mother is a resident alien, and she travels frequently to Mexico. In addition, the nature of the offense suggests significant illegal commercial ties to Mexico.

  The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall

deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 28th day of June, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE